1   BRIAN M. BOYNTON
    Acting Assistant Attorney General
2   STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney
3   SARA WINSLOW (DCBN 457643)
    Chief, Civil Division
4   MICHAEL T. PYLE (CABN 172954)
    Assistant United States Attorney
5   150 Almaden Boulevard, Suite 900
    San Jose, California 95113
6   Telephone: (408) 535-5087
    FAX: (408) 535-5081
7   Email: michael.t.pyle@usdoj.gov

8   JAMIE ANN YAVELBERG
    ANDY J. MAO
9   DIANA K. CIESLAK
    Trial Attorneys, Civil Division
10  United States Department of Justice

11       P.O. Box 261, Ben Franklin Station
         Washington, D.C. 20044
12       Telephone: (202) 353-1336
         diana.k.cieslak@usdoj.gov
13
    Attorneys for the United States of America
14

15                  UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

19  UNITED STATES OF AMERICA ex rel.      )   Case No. 16-CV-5881 LB
    FELIX LEVY, et al.,                   )
                                          )
20       Plaintiffs,                      )   **UNITED STATES' NOTICE OF ELECTION OF**
                                          )   **PARTIAL INTERVENTION FOR PURPOSES**
21    v.                                  )   **OF SETTLEMENT; [PROPOSED] ORDER TO**
                                          )   **UNSEAL**
22  SAN MATEO COUNTY and the SAN          )
    MATEO COUNTY MEDICAL CENTER,          )   **FILED UNDER SEAL**
23                                        )
         Defendants.                      )
24                                        )
    _____       )

25

26       Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the

27  Court that it hereby elects to intervene in part for the purposes of settlement, and decline in part in this

28  *qui tam* action.

1.      The United States, Relator Felix Levy, Defendant San Mateo County, and Defendant San Mateo Medical Center have reached an agreement ("Settlement Agreement").  In light of this Settlement Agreement, the United States respectfully advises the Court of its decision to partially intervene in this action for the purposes of settlement.  Specifically, the United States intervenes in this action with respect to civil claims predicated on the following factual allegations (the "Covered Conduct). The United States contends that, during the period from January 1, 2013 through February 28, 2017:

- SMMC admitted certain patients for whom inpatient care was not medically reasonable or necessary, including patients who were admitted for reasons other than medical status, including social reasons and lack of available alternative placements;

- SMMC's policies and practices contributed to billing under Medicare Part A for medically unnecessary inpatient stays despite SMMC's knowledge that such admissions were not reimbursable by Medicare Part A, causing false claims to be submitted; and

- Despite such knowledge, SMMC submitted claims to Medicare Part A for reimbursement for patients whose inpatient care was not medically reasonable or necessary.

2.      The United States respectfully advises the Court of its decision not to intervene in this action as to any other civil claims other than the Covered Conduct.

3.      Pursuant to the terms of the Settlement Agreement, the United States and relator expect to file a Stipulation of Partial Dismissal after the United States' receipt of the settlement amount.

4.      The United States requests that the relator's Complaint, First Amended Complaint, Second Amended Complaint, this Notice, and the attached proposed Order be unsealed.  The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

5.      A proposed order accompanies this Notice.

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

Dated: July 28, 2021                 By:        /s/ Michael T. Pyle
                                                MICHAEL T. PYLE
                                                Assistant United States Attorney


Dated: July 28, 2021                 By:        /s/ Diana K. Cieslak
                                                DIANA K. CIESLAK
                                                Civil Division, U.S. Department of Justice
                                                Attorneys for the United States of America

**[PROPOSED] ORDER**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States having partially intervened in this action, the Court rules as follows:

IT IS HEREBY ORDERED THAT:

1.  Relator's Complaint, First Amended Complaint, Second Amended Complaint, the Government's Notice of Partial Intervention, and this Order will be unsealed.

2.  All other papers on file in this action shall remain under seal.

3.  The seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

Dated: _____          _____

HON. LAUREL BEELER
United States Magistrate Judge