BRIAN M. BOYNTON
Acting Assistant Attorney General
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
FAX: (408) 535-5081
Email: michael.t.pyle@usdoj.gov

JAMIE ANN YAVELBERG
ANDY J. MAO
DIANA K. CIESLAK
Trial Attorneys, Civil Division
United States Department of Justice

   P.O. Box 261, Ben Franklin Station
   Washington, D.C. 20044
   Telephone: (202) 353-1336
   diana.k.cieslak@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. FELIX LEVY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAN MATEO COUNTY and the SAN MATEO COUNTY MEDICAL CENTER, <br><br> Defendants. | Case No. 16-CV-5881 LB <br><br> **UNITED STATES' NOTICE OF ELECTION OF PARTIAL INTERVENTION FOR PURPOSES OF SETTLEMENT; [~~PROPOSED~~] ORDER TO UNSEAL** <br><br> **FILED UNDER SEAL** |

     Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby elects to intervene in part for the purposes of settlement, and decline in part in this *qui tam* action.

NOTICE OF PARTIAL INTERVENTION FOR PURPOSES OF SETTLEMENT; [PROPOSED] ORDER TO UNSEAL
C 16-5881 LB                                          1

1. The United States, Relator Felix Levy, Defendant San Mateo County, and Defendant San Mateo Medical Center have reached an agreement ("Settlement Agreement"). In light of this Settlement Agreement, the United States respectfully advises the Court of its decision to partially intervene in this action for the purposes of settlement. Specifically, the United States intervenes in this action with respect to civil claims predicated on the following factual allegations (the "Covered Conduct). The United States contends that, during the period from January 1, 2013 through February 28, 2017:

- SMMC admitted certain patients for whom inpatient care was not medically reasonable or necessary, including patients who were admitted for reasons other than medical status, including social reasons and lack of available alternative placements;

- SMMC's policies and practices contributed to billing under Medicare Part A for medically unnecessary inpatient stays despite SMMC's knowledge that such admissions were not reimbursable by Medicare Part A, causing false claims to be submitted; and

- Despite such knowledge, SMMC submitted claims to Medicare Part A for reimbursement for patients whose inpatient care was not medically reasonable or necessary.

2. The United States respectfully advises the Court of its decision not to intervene in this action as to any other civil claims other than the Covered Conduct.

3. Pursuant to the terms of the Settlement Agreement, the United States and relator expect to file a Stipulation of Partial Dismissal after the United States' receipt of the settlement amount.

4. The United States requests that the relator's Complaint, First Amended Complaint, Second Amended Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

5. A proposed order accompanies this Notice.

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | STEPHANIE M. HINDS<br>Acting United States Attorney |
| Dated: July 28, 2021 | | By: | /s/ Michael T. Pyle<br>MICHAEL T. PYLE<br>Assistant United States Attorney |
| Dated: July 28, 2021 | | By: | /s/ Diana K. Cieslak<br>DIANA K. CIESLAK<br>Civil Division, U.S. Department of Justice<br>Attorneys for the United States of America |

# [~~PROPOSED~~] ORDER

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States having partially intervened in this action, the Court rules as follows:

IT IS HEREBY ORDERED THAT:

1. Relator's Complaint, First Amended Complaint, Second Amended Complaint, the Government's Notice of Partial Intervention, and this Order will be unsealed.

2. All other papers on file in this action shall remain under seal.

3. The seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

Dated: August 4, 2021

_____
HON. LAUREL BEELER
United States Magistrate Judge